**TRISTAN F. RIVERA, ESQ.**
Nevada Bar No. 12481
**RIVERA LAW GROUP**
1627 E. Windmill Lane, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 550-1232
Facsimile: (702) 714-1206
Email: tfr@tristanriveralaw.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAMON SUERTO, an Individual, and GLORIA SUERTO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM an entity licensed to do business in the State of Nevada; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive;<br><br>Defendants. | CASE NO.: 2:25-CV-00318-CDS-EJY<br><br>**STIPULATION AND ORDER FOR THE PHYSICAL EXAMINATION OF PLAINTIFF GLORIA SUERTO PURSUANT TO RULE 35 OF FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to FRCP 35, Plaintiff GLORIA SUERTO ("Plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant") by and through their respective attorneys of records stipulate and agree as follows:

1. Plaintiff's Rule 35 medical examination ("examination") shall be conducted by Dr. Joseph John Schifini, M.D. (the "Examiner").

2. The examination will be conducted on October 1, 2025 at 10:30 A.M. at 8925 Russell Road, Ste. 200, Las Vegas, NV 89148. 702-870-0011.

3. The examination shall be completed within two (2) hours.

4. The examination shall be limited to the Plaintiff's complaints of physical injury arising from the subject accident and/or prior or subsequent traumatic events.

5. The examination shall be held in a medical office in compliance with HIPPA.

6. The Examiner's opinions are limited to the area of his specialty.

7. The examination will involve a physical and neurological examination of the Plaintiff's body by the Examiner according to accepted medical procedures, protocols and standards. The examination will not involve any invasive testing or testing of any bodily fluids.

8. The Examiner will not render any medical treatment to the Plaintiff.

9. No mental, emotional or psychological examinations of the Plaintiff shall be allowed.

10. Any paperwork required by the Examiner's office shall be submitted to Plaintiff no later than seven (7) days prior to the examination.

11. Plaintiff agrees to arrive at the Examiner's office on time with completed Rule 35 examination paperwork.

12. Plaintiff will not be required to wait longer than thirty (30) minutes past the scheduled appointment time and will not be charged if the Plaintiff leaves after that time.

13. If Plaintiff cannot attend the examination as scheduled, Plaintiff will notify Defendant's counsel at least fourteen (14) business days in advance.

14. Defendant's counsel shall be responsible for providing the Examiner with a copy of this stipulation and order prior to the examination.

IT IS SO STIPULATED.

. . .

. . .

. . .

| **RIVERA LAW GROUP** | **HARPER\|SELIM** |
|---|---|
| By: */s/ Tristan F. Rivera*    9/16/25<br>Tristan F. Rivera, Esq.    Date<br>Nevada Bar No.: 12481<br>560 Mill St., Suite 202<br>Reno, Nevada 89502<br>Attorney for Plaintiff | */s/Sabrina G. Wibicki*    9/16/25<br>Sabrina G. Wibicki, Esq.    Date<br>Nevada Bar No. 10669<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>Attorney for Defendant |

IT IS SO ORDERD

DATED: 9/17/2025

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3

RE: State Farm adv. Suerto - RE: Rule 35 Examinations of Plaintiffs  Inbox

Sabrina Wibicki  Aiden Adkins Tristan Rivera   Sep 16, 2025 at 11:45 AM

en:

ditional (minor) requested changes to the proposed stipulations:

Page 1, Line 15: Change "RFCP 35" to "FRCP 35"
Paragraph 2: The examinations will take place at Dr. Shifini's office located at **8925 Russell Road, Suite 200, Las Vegas, NV 89148**.

ce those changes are made, you have my approval to e-sign and submit on behalf of Defendant.

ank you,
brina