1  JAMES E. HARPER
   Nevada Bar No. 9822
2  SABRINA G. WIBICKI
   Nevada Bar No. 10669
3  **HARPER | SELIM**
   1935 Village Center Circle
4  Las Vegas, Nevada 89134
   Phone: (702) 948-9240
5  Fax:    (702) 778-6600
   Email: eservice@harperselim.com
6  *Attorneys for Defendant*

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9  RAMON SUERTO, an Individual, and          CASE NO.:  2:25-cv-00318-CDS-EJY
   GLORIA SUERTO, an Individual,
10
                Plaintiff,                    **STIPULATION FOR DISMISSAL WITH**
11                                            **PREJUDICE**
   vs.
13
   STATE FARM MUTUAL AUTOMOBILE
14 INSURANCE COMPANY dba STATE
   FARM an entity licensed to do business in the
15 State of Nevada; DOES 1 through 10; and
   ROE CORPORATIONS 1 through 10,
16 inclusive,

17              Defendants.

18

19        IT IS HEREBY STIPULATED by and between Plaintiffs, RAMON SUERTO and GLORIA

20 SUERTO, by and through their attorneys of record, RIVERA LAW GROUP PROF. LLC, and

21 Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE

22 FARM, by and through its attorneys of record, HARPER | SELIM, that the above-entitled matter be

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this 30th day of December, 2025.

**RIVERA LAW GROUP PROF. LLC**

_____
TRISTAN F. RIVERA
Nevada Bar No. 12481
1627 E. Windmill Lane, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiffs*

DATED this 30th day of December, 2025.

**HARPER | SELIM**

_____
JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
1935 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Defendant*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge
Dated: December 30, 2025

2